1  KOHUT & KOHUT LLP
   RONALD J. KOHUT (SBN 66463)
2  3554 Round Barn Blvd., Suite 204
   Costa Mesa, CA 95403
3  Telephone: 707-573-3100
   Facsimile: 707-573-3101
4  Email: ronald@kohutlaw.com

5  Attorneys for Plaintiff AT&T Mobility LLC

6

7

8

9                  **UNITED STATES DISTRICT COURT**

10                 **EASTERN DISTRICT OF CALIFORNIA**

11  AT&T MOBILITY LLC,                          )
                                                )   Case No.  2:13-Cv-00007-TLN-DAD
12              Plaintiff,                       )
                                                )   **JOINT STIPULATION RE**
13        v.                                     )   **DISCHARGE AND DISMISSAL OF**
                                                )   **PLAINTIFF AT&T MOBILITY**
14  GENERAL CHARLES E. "CHUCK"                   )   **FROM INTERPLEADER ACTION;**
    YEAGER (RET.); ED BOWLIN; CONNIE             )   **[PROPOSED] ORDER THEREON**
15  BOWLIN; AVIATION AUTOGRAPHS;                 )
    BOWLIN & ASSOCIATES, INC.; LAW               )
16  OFFICES OF JOANNA R. MENDOZA,                )
    P.C.; DE LA PENA & HOLIDAY, LLP;             )
17  LESSER LAW GROUP,                            )
                                                )
18              Defendants.                       )
                                                )
19                                               )
                                                )
20                                               )

21       Plaintiff AT&T MOBILITY LLC ("AT&T Mobility") and Defendants General

22  Charles E. "Chuck" Yeager (Ret.), Ed Bowlin, Connie Bowlin, Aviation Autographs, Bowlin

23  & Associates, Inc., De La Pena & Holiday and Lesser Law Group (collectively

24  "Defendants"), by and through their respective attorneys of record, hereby stipulate and agree

25  as follows:

26       **WHEREAS,** on November 21, 2007, Yeager filed that certain action styled *General*

27  *Charles E. "Chuck" Yeager (Ret.) v. AT&T Mobility, LLC, et al.*, Case No. CIV S07-2517

28

---
1

**JOINT STIPULATION RE DISCHARGE AND DISMISSAL OF PLAINTIFF**
**AT&T MOBILITY FROM INTERPLEADER ACTION; [PROPOSED] ORDER THEREON**

1  KJM GGH (the "Underlying Action"), in which he asserted various statutory and common

2  law claims based upon AT&T Mobility's purported violation of Yeager's rights of publicity;

3      **WHEREAS,** on June 8, 2012, the jury in the Underlying Action entered a verdict in

4  favor of AT&T Mobility on Yeager's common law right of publicity claim, and against

5  AT&T Mobility on Yeager's statutory right of publicity claim, which was reduced to a

6  money judgment against AT&T Mobility in the amount of $135,000.

7      **WHEREAS,** post-trial law and motion regarding Yeager's entitlement to attorney's

8  fees and costs resulted in an attorney's fees and cost award of $173,585.72 for a total

9  judgment of $308,585.72 (the "Judgment").

10     **WHEREAS,** in accordance with the Order issued by the court in the Underlying

11 Action, on December 19, 2012, AT&T Mobility was obligated to pay the Judgment within

12 fourteen days.

13     **WHEREAS,** on January 2, 2013, AT&T Mobility brought this action for interpleader

14 in accordance with 28 U.S.C. § 1335 and deposited $308,668.95 into the Court's registry,

15 which represents the full amount due on the Judgment (the "Deposited Funds");

16     **WHEREAS**, on January 2, 2013, Yeager filed a Supplemental Fee Motion in the

17 Underlying Action, pursuant to which Yeager seeks to recover additional fees and costs from

18 AT&T Mobility;

19     **WHEREAS**, on January 17, 2013, Yeager filed a Motion for Reconsideration of the

20 court's December 19, 2012 Order granting Yeager $173,585.72 in additional attorney's fees

21 and costs in the Underlying Action, pursuant to which Yeager seeks to recover additional

22 attorney's fees and costs from AT&T Mobility;

23     **WHEREAS**, Yeager's Supplemental Fee Motion and Motion for Reconsider are still

24 pending in the Underlying Action, the Honorable Kimberly J. Mueller, judge presiding.

25

26

27

28

**JOINT STIPULATION RE DISCHARGE AND DISMISSAL OF PLAINTIFF**
**AT&T MOBILITY FROM INTERPLEADER ACTION; [PROPOSED] ORDER THEREON**

1     **WHEREAS**, on March 15, 2013, AT&T Mobility filed a Motion for Discharge from

2 Statutory Interpleader (the "Discharge Motion"); and

3     **WHEREAS**, the parties wish to discharge and dismiss AT&T Mobility from the

4 above-captioned interpleader action to obviate the need for further briefing on the issue of

5 AT&T Mobility's entitlement to discharge and to afford AT&T Mobility the relief sought in

6 the Discharge Motion without the need for a hearing;

7     **NOW THEREFORE**, the parties, through their respective counsel, jointly propose

8 and stipulate to the following:

9 **O R D E R**

10

11     Pursuant to stipulation, **IT IS HEREBY ADJUDGED, ORDERED, AND**

12 **DECREED** that upon AT&T Mobility's deposit into the Court's registry of the additional

13 attorney's fees and costs, if any, awarded by the court in the Underlying Action in connection

14 with Yeager's Supplemental Fee Motion and Motion for Reconsideration,

15     1.     AT&T Mobility shall be discharged from any further liability as to the

16 Judgment;

17     2.     AT&T Mobility shall be absolved of any liability regarding any third-party

18 claims concerning the Judgment;

19     3.     AT&T Mobility shall be dismissed from this action; and

20     4.     AT&T Mobility shall be awarded its allowable costs and reasonable attorney's

21 fees incurred in connection with this action in the total amount of $8,200, which shall be

22 disbursed to AT&T Mobility from the Deposited Funds upon the Court's entry of this Order.

23     **IT IS FURTHER ORDERED** that while the court's rulings on AT&T Mobility's

24 Supplemental Fee Motion and Motion for Reconsideration in the Underlying Action are still

25 pending, this interpleader action shall be stayed as to AT&T Mobility only, and

26 AT&T Mobility, during such time, shall not be obliged to provide initial disclosures or

27

28

3

**JOINT STIPULATION RE DISCHARGE AND DISMISSAL OF PLAINTIFF
AT&T MOBILITY FROM INTERPLEADER ACTION; [PROPOSED] ORDER THEREON**

1  otherwise participate in any discovery and no party may seek to adjudicate issues that affect

2  AT&T Mobility and/or the Deposited Funds without seeking modification of this Order.

3  Respectfully submitted:

4  Dated: April 9, 2013                          KOHUT & KOHUT LLP

5

6                                                /s/ Ronald J. Kohut
                                                 Ronald J. Kohut
7                                                Attorneys for Plaintiff AT&T Mobility LLC

8

9  Dated: April 9, 2013                          THOMAS & ASSOCIATES

10                                               /s/ Michael Thomas
                                                 Michael Thomas
11                                               Attorney for General Charles E. "Chuck" Yeager

12 Dated: April 9, 2013                          LESSER LAW GROUP

13

14                                               /s/ Don A. Lesser
                                                 By: Don A. Lesser
15                                               Defendant In Pro Per Don A. Lesser, Individually
                                                 and d/b/a The Lesser Law Group
16

17 Dated: April 9, 2013                          SERLIN & WHITEFORD, LLP

18                                               /s/ Mark A. Serlin
                                                 Mark A. Serlin, Esq., Attorney for
19                                               Connie and Ed Bowlin, Aviation Autographs &
                                                 Bowlin & Associates
20

21 Dated: April 9, 2013                          DE LA PENA & HOLIDAY

22                                               /s/ Bonnie Portis
                                                 Bonnie Portis
23

24 IT IS SO ORDERED.

25 Dated: April 16, 2013

26
                                                 _____
27                                               UNITED STATES DISTRICT JUDGE

28

---

4

**JOINT STIPULATION RE DISCHARGE AND DISMISSAL OF PLAINTIFF**
**AT&T MOBILITY FROM INTERPLEADER ACTION; [PROPOSED] ORDER THEREON**

1

## Certificate of Service

2

3      I hereby certify that on April 9, 2013 the foregoing was filed electronically with the
4  Clerk of Court to be served by operation of the Court's electronic filing system upon the
   following:

5

6                          Charles E. "Chuck" Yeager (Ret.)
                                15995 Pleasant Valley Rd.,
7                                  Penn Valley, CA 95946
                                Defendant (VIA E-MAIL)
8

9                               Michael Thomas, Esq.
                          Thomas & Associates, Attorneys at Law
10                              2390 Professional Drive
                                   Roseville, CA 95661
11              Attorney for Def. Charles E. "Chuck" Yeager (Ret.)
                              mthomas@thomas-lawyers.com
12

13                                 Don Lesser, Esq.
                                    Lesser Law Group
14                                1010 B. St., Suite 300
                                   San Rafael, CA 94901
15                                     Defendant
                                dlesser@lessergroup.com
16

17                                Mark A. Serlin, Esq.
                               Serlin & Whiteford, LLP
18                                     700 E. Street
                                  Sacramento, CA 95814
19              Attorneys for Defendant Connie & Ed Bowlin,
20              Aviation Autographs & Bowlin & Associates
                               mserlin@globelaw.com
21

22                                 Bonnie Portis, Esq.
                                 De La Pena & Holiday
23                             785 Market St., 14th Floor
                                 San Francisco, CA 94103
24                                     Defendant
                           bportis@delapenaholiday.com,
25

26

27

28

                                            5