IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---o0o---

BEFORE THE HONORABLE KIMBERLY J. MUELLER, JUDGE

---o0o---

AT&T MOBILITY LLC,

    Plaintiff,

vs.     No. Civ. S-13-007

GENERAL CHARLES E. "CHUCK" YEAGER
(RET.); ED BOWLIN; CONNIE BOWLIN;
AVIATION AUTOGRAPHS; BOWLIN &
ASSOCIATES, INC.; LAW OFFICES OF
JOANNA R. MENDOZA, P.C.; DE LA
PENA & HOLIDAY, LLP; LESSER LAW GROUP,

    Defendants.
_____/
PARSONS, BEHLE & LATIMER, PLC,

    Plaintiff-in-Intervention,

vs.

GENERAL CHARLES E. "CHUCK" YEAGER
(RET.),

    Defendant-in-Intervention.
_____/

---o0o---

REPORTER'S TRANSCRIPT OF PROCEEDINGS

FINAL PRETRIAL CONFERENCE

FRIDAY, AUGUST 22, 2014

---o0o---

Reported by:   KATHY L. SWINHART, CSR #10150

```
 1                          APPEARANCES

 2
     For Plaintiff-in-Intervention PARSONS, BEHLE & LATIMER, PLC:
 3
             PARSONS, BEHLE & LATIMER
 4           800 W. Main Street, Suite 1300
             Boise, Idaho  83702
 5           BY:  JOHN N. ZARIAN

 6

     For Defendant-in-Intervention GENERAL CHARLES E. "CHUCK"
 7   YEAGER (RET.):

 8           POSWALL, WHITE & CUTLER
             1001 G Street, Suite 301
 9           Sacramento, California  95814
             BY:  R. PARKER WHITE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

KATHY L. SWINHART, OFFICIAL COURT REPORTER, USDC -- (916) 446-1347

|   |   |
|---|---|
| 1 | SACRAMENTO, CALIFORNIA |
| 2 | FRIDAY, AUGUST 22, 2014, 10:05 A.M. |
| 3 | ---o0o--- |
| 4 | THE CLERK:  Calling civil case 13-07, AT&T Mobility |
| 5 | versus Yeager, et al.  This is on for a final pretrial |
| 6 | conference. |
| 7 | MR. WHITE:  Good morning, Your Honor.  Parker White |
| 8 | for the Yeagers. |
| 9 | THE COURT:  Good morning, Mr. White. |
| 10 | MR. ZARIAN:  Good morning, Your Honor.  John Zarian |
| 11 | for Parsons, Behle & Latimer. |
| 12 | THE COURT:  Good morning, Mr. Zarian. |
| 13 | No one else is appearing? |
| 14 | MR. ZARIAN:  Evidently not.  I had not heard from any |
| 15 | other counsel, Your Honor. |
| 16 | THE COURT:  All right. |
| 17 | MR. PARKER:  I locked them in the bathroom. |
| 18 | THE COURT:  All right.  You oppose bifurcation, I |
| 19 | guess.  Is that the message? |
| 20 | All right.  Well, I have questions.  Some of them were |
| 21 | for those who are not present. |
| 22 | Do either of you know the status of the Ninth |
| 23 | Circuit's handling of the Bowlin mediation?  I assume not. |
| 24 | MR. WHITE:  I do not. |
| 25 | MR. ZARIAN:  No, Your Honor. |

1          THE COURT:  All right.  We can't determine anything
2   from any docket as to whether or not there's a time for
3   resolution by the Ninth Circuit.
4          For you, Mr. White, there are no affirmative defenses,
5   correct?
6          MR. WHITE:  Correct.
7          THE COURT:  All right.  My main question is how you
8   feel about the Bowlins' suggestion that we bifurcate.
9          MR. WHITE:  I think that would be a good idea.
10         THE COURT:  And proceed only with the amount of the
11  PVL claim.
12         MR. ZARIAN:  Your Honor, if that's the case, it could
13  be tried to the bench in half a day.
14         THE COURT:  Would you agree with that timing based on
15  what you know?
16         MR. WHITE:  Yes.
17         THE COURT:  All right.  Then that's my plan.  I think
18  it does make sense given the outstanding issues, the Lesser
19  case in state court, the Ninth Circuit mediation.  So we could
20  do that half a day on September 8th?
21         MR. WHITE:  Is that when it's currently set?  I'm
22  sorry.
23         THE COURT:  It is.
24         MR. WHITE:  Yeah.
25         THE COURT:  Right, Ms. Schultz?

```
 1              THE CLERK:  Yes, Your Honor.
 2              THE COURT:  It's right after Labor Day, Tuesday.
 3              MR. WHITE:  Yes.
 4              THE COURT:  So 9:00 a.m.?
 5              MR. ZARIAN:  Yes, Your Honor.
 6              THE COURT:  All right.  I have exhibits and witness
 7   lists from PVL.  That's --
 8              MR. WHITE:  Correct.
 9              THE COURT:  That will be the record.
10         On the protective order, do we need a protective
11   order?  Is there work product or privilege here?
12              MR. WHITE:  Not from our point of view.
13              MR. ZARIAN:  I don't believe so, Your Honor.
14         I would just add, however, Your Honor, as to the
15   witness list, in light of the Court's ruling on summary
16   judgment this week, I think it may be appropriate to add one
17   or two witnesses from our county department simply to
18   authenticate the billing records.
19              THE COURT:  All right.  Can you file a notice by the
20   end of today with those names?
21              MR. ZARIAN:  Yes, Your Honor.
22              THE COURT:  And let me know if Mr. White objects.
23              MR. WHITE:  I will not.
24              THE COURT:  All right.  Then we'll add those names,
25   we'll issue the order, and we'll see you on September 8th.
```

1        MR. WHITE:  Sounds good.

2        THE COURT:  Anything else we should discuss today?

3        MR. ZARIAN:  No.  Thank you, Your Honor.

4        THE COURT:  All right.  Thank you.

5        MR. WHITE:  Thank you, Your Honor.

6           (Proceedings were concluded at 10:08 a.m.)

7                          ---o0o---

KATHY L. SWINHART, OFFICIAL COURT REPORTER, USDC -- (916) 446-1347

1       I certify that the foregoing is a correct transcript
2  from the record of proceedings in the above-entitled matter.
3
4
5                              /s/ Kathy L. Swinhart
                               KATHY L. SWINHART, CSR #10150
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

KATHY L. SWINHART, OFFICIAL COURT REPORTER, USDC -- (916) 446-1347