UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY LLC, | No. 2:13-cv-0007-KJM-DAD |
| Plaintiff, | |
| v. | ORDER |
| GENERAL CHARLES E. "CHUCK"YEAGER (RET.); ED BOWLIN; CONNIEBOWLIN; AVIATION AUTOGRAPHS;BOWLIN & ASSOCIATES, INC.; LAWOFFICES OF JOANNA R. MENDOZA,P.C.; DE LA PENA & HOLIDAY, LLP; LESSER LAW GROUP, | |
| Defendants. | |

An evidentiary hearing is set in this case for Feburary 24, 2015. Order, ECF No. 139; Minute Order, ECF No. 141. At the hearing, General Charles E. "Chuck" Yeager (Ret.) may present evidence to support his assertion that R. Parker White, his counsel, did not have authority to enter a settlement agreement on his behalf with Parsons, Behle & Latimer. *See* Order 8, ECF No. 139. In addition, the court has instructed the parties to file a joint pre-hearing stipulation and report by January 29, 2015, and attend a pre-hearing status conference on February 5, 2015. Minute Order, ECF No. 141.

/////

1

On January 14, 2015, Parsons Behle filed a motion to enforce its subpoena to produce documents against Poswall, White & Cutler.  ECF No. 144.  It noticed a hearing on its motion for February 27, 2015. *Id.*  Parsons Behle's subpoena required production of "all communications between PWC and Yeager regarding the settlement agreement and the vacating of the trial."  Mem. P.&A. 1, ECF No. 144-1.

On January 14, 2015, the court granted R. Parker White's request to withdraw as attorney for General Charles E. "Chuck" Yeager (Ret.).  Order, ECF No. 145.

In the interest of an efficient and just resolution of this matter, to avoid duplicative or ineffective motions to enforce subpoenas, and in anticipation of potential evidentiary disputes before the February status conference and hearing, the court orders as follows:

(1) The hearing on Parsons Behle's motion to enforce the subpoena is ADVANCED to Thursday, February 5, 2015, at 2:30pm.

(2) Any further motions to enforce subpoenas, to require production of documents, for protective orders, motions *in limine*, and similar motions related to the evidentiary hearing on February 24, 2015, shall be filed no later than Monday, February 2, 2015.  Memoranda filed in support of such motions shall be limited to ten pages, and each motion must include a statement describing the parties' efforts to meet and confer to resolve disputes.  Responses shall be argued at the pre-hearing status conference on February 5, 2015.

(3) The deadline for submission of a joint pre-hearing stipulation and report is RESET for Monday, February 2, 2015.  As previously ordered, this joint stipulation and report shall list (a) disputed and undisputed questions of fact, (b) exhibits each party may present at the hearing, (c) witnesses each party may call at the hearing, and (d) any evidentiary objections.

(4) Any request to alter this schedule shall be granted only on a showing of good cause.

IT IS SO ORDERED.

DATED: January 15, 2015.

UNITED STATES DISTRICT JUDGE

2