GENERAL CHARLES E. "CHUCK" YEAGER (RET.)
P.O. Box 1146
Penn Valley, CA 95946
(530) 432 7063
editor@chuckyeager.com
In pro se




UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>GENERAL CHARLES E. "CHUCK" YEAGER (RET.); ED BOWLIN; CONNIE BOWLIN; AVIATION AUTOGRAPHS; BOWLIN & ASSOCIATES, INC.; LAW OFFICES OF JOANNA R. MENDOZA, P.C.; DE LA PENA & HOLIDAY, LLP; LESSER LAW GROUP,<br><br>　　　　Defendants.<br>―――――――――――――――――<br>PARSONS BEHLE & LATIMER, PLC,<br><br>　　　　Plaintiff-in-Intervention,<br><br>　　　v.<br><br>GENERAL CHARLES E. "CHUCK" YEAGER (RET.),<br><br>　　　　Defendant-in-Intervention. | CASE NO:  2:13-CV-00007 KJM-DAD<br><br>*The Honorable Kimberly J. Mueller*<br>Courtroom 3<br><br>SUPPLEMENTAL OPPOSITION TO MOTION TO COMPEL |

---

**SUPPLEMENTAL OPPOSITION TO MOTION TO COMPEL**

1

Defendant-in-Intervention General Charles E. Yeager submits this supplemental opposition to Plaintiff-in-Intervention Parsons Behle & Latimer's Motion to Compel.

General Yeager and Victoria Yeager do not waive privilege at this time. [Victoria Yeager Declaration, ("VY Decl.") Paragraphs 1 and 2]. Stating that they did not authorize Parker White is not privileged communication as it is no communication.

The burden then is on Mr. White produce evidence otherwise under penalty of perjury. The Yeagers are flummoxed as to how to prove a negative unless and until Mr. White states under penalty of perjury that he did have authority (which he did not). (VY Decl., Paragraph 3).

The question then becomes moot unless Parker White claims under penalty of perjury that he did have authorization and shows written documentation authorizing him to settle this case and to settle it under the terms which Mr. Zarian seeks to enforce.

However, the question is still moot as to Victoria Yeager. She is not a party so no settlement in this case can be enforced on her as she is prejudiced without the ability to argue and question witnesses.

Parker White if he testifies under oath should be testifying that he did not have authorization to settle this case.

---

**SUPPLEMENTAL OPPOSITION TO MOTION TO COMPEL**

2

Only if Mr. White does otherwise will General Yeager be required to submit evidence in rebuttal. This only waives limited privilege and Mr. White may not violate privilege beyond the limited scope of authorization and only if he claims he had authorization.

According to Federal Rule of Evidence 502(a) re attorney client privilege limits a waiver of privilege normally to the communication or materials disclosed, and not to the entire subject matter of the communication. The scope of any waiver is therefore confined to the information disclosed unless "fairness" requires further disclosure.  Many cases are on point re this such as: In re Claus VON BULOW, Petitioner. Martha VON BULOW, by her next friends Alexander AUERSPERG, and Annie Laurie Auersperg-Kneissl, Plaintiffs, v. Claus VON BULOW, Defendant. Docket 87-3006. 684 F.3d 1364 (2012)  and  WI-LAN, INC., Plaintiff, and KILPATRICK TOWNSEND & STOCKTON LLP (Formerly known as Townsend and Townsend and Crew LLP), Sanctioned Party-Appellant, v. LG Electronics, Inc. and LG Electronics USA, Inc., Defendants-Appellees. No. 2011-1626.

Mr. Zarian's cases, the ones that could be found, are either not on point or support General Yeager's position.

So here if Mr. White rebuts Yeagers claims Mr. White did not have authorization, Mr. White may be allowed to show evidence limited to he had

---
**SUPPLEMENTAL OPPOSITION TO MOTION TO COMPEL**
3

1  authorization (which he did not). He must redact any information on any written

2  evidence that does not pertain to authorization.

3

4  It may be that Mr. White may not be allowed to show any evidence in Court as

5  he has not shown such evidence to the Yeagers as required.

6

7  Therefore, until and unless Mr. White does other than tell the truth, (the truth is

8  that not only did he not have authorization to settle this case and he did not have

9  authority to do so on the terms in the proposed written agreement he signed), there

10 is no waiver, there is no first hand evidence disputing Mr. White did not have

11 authorization, and the motion to compel should be denied.

12

13 DATED THIS 29th day of January, 2015.

*[signature]*
General Charles E. Yeager
c. GCYI

---

**SUPPLEMENTAL OPPOSITION TO MOTION TO COMPEL**
4

GENERAL CHARLES E. "CHUCK" YEAGER (RET.)
P.O. Box 1146
Penn Valley, CA 95946
(530) 432 7063
editor@chuckyeager.com
In pro se

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| AT&T MOBILITY LLC, | CASE NO:   2:13-CV-00007 KJM-DAD |
| Plaintiff, | |
| v. | *The Honorable Kimberly J. Mueller*<br>Courtroom 3 |
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.); ED BOWLIN; CONNIE BOWLIN; AVIATION AUTOGRAPHS; BOWLIN & ASSOCIATES, INC.; LAW OFFICES OF JOANNA R. MENDOZA, P.C.; DE LA PENA & HOLIDAY, LLP; LESSER LAW GROUP, | GENERALCHUCK YEAGER DECLARATION IN SUPPORT OF SUPPLEMENTAL OPPOSITION TO MOTION TO COMPEL |
| Defendants. | |
| PARSONS BEHLE & LATIMER, PLC, | |
| Plaintiff-in-Intervention, | |
| v. | |
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.), | |
| Defendant-in-Intervention. | |

**GENERAL CHARLES E. YEAGER DECLARATION IN SUPPORT OF SUPPLEMENTAL OPPOSITION TO MOTION TO COMPEL**

1

I, General Charles E. Yeager, declare:

1. I do not waive privilege at this time.

2. I may waive it in future on a very limited basis depending on Parker White's actions.

3. I do not know how to prove a negative.

I declare the foregoing to be true and correct under the laws of perjury.

January 29, 2015

*[signature]*
General Charles E. Yeager

c. GCYI

---

GENERAL CHARLES E. YEAGER DECLARATION IN SUPPORT OF SUPPLEMENTAL OPPOSITION TO MOTION TO COMPEL
2

GENERAL CHARLES E. "CHUCK" YEAGER (RET.)
P.O. Box 1146
Penn Valley, CA 95946
(530) 432 7063
editor@chuckyeager.com
In pro se

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GENERAL CHARLES E. "CHUCK" YEAGER (RET.); ED BOWLIN; CONNIE BOWLIN; AVIATION AUTOGRAPHS; BOWLIN & ASSOCIATES, INC.; LAW OFFICES OF JOANNA R. MENDOZA, P.C.; DE LA PENA & HOLIDAY, LLP; LESSER LAW GROUP,<br><br>    Defendants.<br><br>―――――――――――――――――<br><br>PARSONS BEHLE & LATIMER, PLC,<br><br>    Plaintiff-in-Intervention,<br><br>    v.<br><br>GENERAL CHARLES E. "CHUCK" YEAGER (RET.),<br><br>    Defendant-in-Intervention. | CASE NO: 2:13-CV-00007 KJM-DAD<br><br>*The Honorable Kimberly J. Mueller*<br>Courtroom 3<br><br>VICTORIA YEAGER DECLARATION IN SUPPORT OF SUPPLEMENTAL OPPOSITION TO MOTION TO COMPEL |

**VICTORIA YEAGER DECLARATION IN SUPPORT OF SUPPLEMENTAL OPPOSITION TO MOTION TO COMPEL**
1

I, Victoria Yeager, declare:

1. I do not waive privilege at this time.

2. I may waive it in future on a very limited basis depending on Parker White's actions.

3. I do not know how to prove a negative.

I declare the foregoing to be true and correct under the laws of perjury.

January 29, 2015

*V. S Yeager*
Victoria Yeager

c. GCYI

---

VICTORIA YEAGER DECLARATION IN SUPPORT OF SUPPLEMENTAL OPPOSITION TO MOTION TO COMPEL
2

General Charles E. "Chuck" Yeager (Ret.)
P.O. Box 1507
Penn Valley, CA 95946
editor@chuckyeager.com
Tel: 530 432 7063
In pro se

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT& T MOBILITY, LLC,<br>Plaintiffs,<br><br>vs.<br><br>GENERAL CHARLES E. "CHUCK" YEAGER (RET.),; ED BOWLIN; CONNIE BOWLIN; BOWLIN & ASSOCIATES, INC.; LAW OFFICES OF JOANNA R. MENDOZA, P.C.; DE LA PENA & HOLIDAY, LLP; LESSER LAW GROUP,<br><br>Defendants. | CASE NO. 2:13-CV-00007 GEB DAD<br><br>PROOF OF SERVICE |

I, Victoria Yeager, declare:

I served the following documents

Supplemental Opposition to Motion to Compel

Victoria Yeager Declaration in Support of Supplemental Opposition to Motion to Compel

General Charles E. Yeager Declaration in Support of Supplemental Opposition to Motion to Compel

PROOF OF SERVICE – Supplemental Opposition to Motion to Compel
- 1 -

on Defendant Parsons Behle by mailing them to their attorney John Zarian at:

John Zarian
Parsons Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID 83702

I declare the foregoing to be true under the laws of perjury

Dated: January 29, 2015

By: _____

c. GCYI

PROOF OF SERVICE – Supplemental Opposition to Motion to Compel
- 2 -