R. PARKER WHITE, SBN 95579
**POSWALL, WHITE & CUTLER**
1001 G Street, Suite 301
Sacramento, CA 95814
Tel: (916) 449-1300
Fax: (916) 449-1320

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| AT&T MOBILITY LLC, | CASE NO:   2:13-CV-00007 KJM-DAD |
| Plaintiff, | *The Honorable Kimberly J. Mueller* <br> Courtroom 3 |
| v. | **RESPONSE TO MOTION TO ENFORCE SUBPOENA** |
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.); ED BOWLIN; CONNIE BOWLIN; AVIATION AUTOGRAPHS; BOWLIN & ASSOCIATES, INC.; LAW OFFICES OF JOANNA R. MENDOZA, P.C.; DE LA PENA & HOLIDAY, LLP; LESSER LAW GROUP, | Date:         February 27, 2015 <br> Time:         10:00 a.m. <br> Courtroom:  3 |
| Defendants. | |
| PARSONS BEHLE & LATIMER, PLC, | |
| Plaintiff-in-Intervention, | |
| v. | |
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.), | |
| Defendant-in-Intervention. | |

//

1

R. Parker White of Poswall, White & Cutler submits this Response to Plaintiff-In-Intervention's Motion to Enforce Subpoena:

The court granted Defendant-In-Intervention's Motion to be Relieved as Counsel on January 14, 2015 and R. Parker White no longer represents General Charles Yeager (YEAGER) in this matter.

Plaintiff-In-Intervention's subpoena is requesting documents regarding the settlement between YEAGER and Parsons Behle & Latimer, PLC in the above-entitled matter. The requested documents in the subpoena do not exist.

Dated:  February 12, 2015              **POSWALL, WHITE & CUTLER**


                                        By_____*/s/ R. Parker White*_____