UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY, LLC, | No. 2:13-cv-0007-KJM-DAD |
| Plaintiff, | ORDER |
| v. | |
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.), et al., | |
| Defendants. | |

In a previous order, the court appointed James E. Houpt as guardian ad litem for General Charles E. "Chuck" Yeager (Ret.), and Mr. Houpt was previously expected to file a report within thirty days of January 25, 2016. *See* Order Jan. 25, 2016, ECF No. 237. Based on information provided by the court's Alternative Dispute Resolution and Pro Bono Panel administrator, the court notes it now expects this report will be filed by late May 2016.

IT IS SO ORDERED.

DATED: April 14, 2016.

_____
UNITED STATES DISTRICT JUDGE

1