UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY, LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>GENERAL CHARLES E. "CHUCK" YEAGER (RET.), et al.,<br><br>          Defendants. | No. 2:13-cv-00007-KJM-DAD<br><br>ORDER |

A hearing is currently set in this case for July 29, 2016, at 10:00 a.m. on intervenor Victoria Yeager's motion to intervene in an additional capacity. ECF No. 248. In her briefing she relies on a document titled "Assignment of Interest," which purports to memorialize a June 2012 oral agreement between herself and her husband, interpleader defendant General Yeager. *See id.* at 5–6 (citing Yeager Decl. Ex. A, ECF No. 222).

The court requests James Houpt, General Yeager's guardian ad litem, attend the hearing on July 29 and be prepared to answer questions about whether General Yeager will challenge the enforceability of the purported assignment in this case and whether recognition of that assignment is in General Yeager's best interests here.

IT IS SO ORDERED.

DATED: July 25, 2016

_____
UNITED STATES DISTRICT JUDGE