UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>GENERAL CHARLES E. "CHUCK" YEAGER (RET.); ED BOWLIN; CONNIE BOWLIN; AVIATION AUTOGRAPHS; BOWLIN & ASSOCIATES, INC.; LAW OFFICES OF JOANNA R. MENDOZA, P.C.; DE LA PENA & HOLIDAY, LLP; LESSER LAW GROUP,<br><br>            Defendants. | Case No. 2:13-CV-00007-KJM-DB<br><br>ORDER ON MOTION FOR SUBSTITUTION AND DISMSSAL |
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.),<br><br>            Cross-Complainant,<br><br>     v.<br><br>AT&T MOBILITY, LLC; ED BOWLIN; CONNIE BOWLIN; BOWLIN & ASSOCIATES, INC.; LAW OFFICES OF JOANNA R. MENDOZA, P.C.; DE LA PENA & HOLIDAY, LLP; LESSER LAW GROUP,<br><br>            Cross-Defendants. | |

1  Upon the Motion and the Memorandum of Points and Authorities of General Charles E. "Chuck" Yeager (Ret.) to Substitute Victoria Yeager for General Yeager for all purposes in the above-described matter, any responses thereto, and for good cause shown

IT IS HEREBY ADJUDGED, ORDERED AND DECREED:

1. Intervener Victoria Yeager is substituted for General Charles E. "Chuck" Yeager (Ret.) for all purposes in the above-entitled matter, with the result that she steps into General Yeager's shoes from the date of this order forward. *See Summit Canyon Res., LLC v. Barker,* No. 215CV2167JADGWF, 2016 WL 740420, at *2 (D. Nev. Feb. 23, 2016) (internal quotation marks, footnotes, and alterations omitted) (quoting *In re Bernal*, 207 F.3d 595, 598 (9th Cir. 2000)) (substituted defendant bound by substituted-for defendant's prior decision).

2. General Yeager is dismissed without prejudice, but this court retains jurisdiction to withdraw the dismissal should General Yeager's presence in the matter be necessary to protect the rights of General or Mrs. Yeager.

3. The substitution and dismissal ordered above shall not be construed as a waiver of any rights or create an estoppel or impediment to General or Mrs. Yeager's rights, if any, to the interpleaded funds at issue in this matter, or to prosecute or defend any claim to the interpleaded funds.

IT IS SO ORDERED:

Dated:  December 1, 2016

_____
UNITED STATES DISTRICT JUDGE