UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL CHARLES E. "CHUCK" YEAGER (RET.); ED BOWLIN; CONNIE BOWLIN; AVIATION AUTOGRAPHS; BOWLIN & ASSOCIATES, INC.; LAW OFFICES OF JOANNA R. MENDOZA, P.C.; DE LA PENA & HOLIDAY, LLP; LESSER LAW GROUP,<br><br>Defendants. | No. 2:13-cv-00007-KJM-DB<br><br>PRE-FILING REVIEW ORDER |

On March 30, 2018, the court declared Mrs. Victoria Yeager a vexatious litigant under California Code of Civil Procedure section 391(b)(3), and outlined proposed pre-filing restrictions. *See* ECF No. 375. Having provided Mrs. Yeager notice and an opportunity to object, and having resolved her objections in a separate order being filed concurrently with this order, the court now IMPOSES the following three pre-filing requirements.

From this date forward, Mrs. Yeager must seek leave of court before initiating any action *in pro per* in the Eastern District of California, if the action substantially overlaps with any claim, motion or request she has filed in this interpleader action, or in any of the following four cases that informed this court's vexatious litigant determination: (1) *Yeager v. Gibson*,

1

Sacramento Superior Court, Case No. 34-2014-00169683 (Oct. 8, 2014); (2) *Yeager v. Lesser*, Sacramento County Superior Court, Case No. 2011-00109638 (Aug. 23, 2011); (3) *Yeager v. Lesser*, California Court of Appeal (3rd Dist.), Case No. C085065 (July 11, 2017); (4) *Yeager v. Bowlin*, Case No. 2:08-CV-00102 (E.D. Cal. 2008).

When requesting leave to file a complaint that substantially overlaps with any of the above cases, Mrs. Yeager must (1) attach a copy of this order, and (2) attach a declaration under penalty of perjury averring that the proposed filing is neither frivolous nor made in bad faith. If these requirements are not met, the court may disregard Mrs. Yeager's proposed filing. If Mrs. Yeager complies with these requirements, the clerk shall open the matter as a miscellaneous case to be considered by the general duty judge of this court. The judge will issue necessary orders after determining whether the proposed filing is frivolous or made in bad faith and may also determine whether Mrs. Yeager should be required to furnish security.

IT IS SO ORDERED.

DATED: October 23, 2018.

_____
UNITED STATES DISTRICT JUDGE

2