UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>GENERAL CHARLES E. "CHUCK" YEAGER (RET.), et al.,<br><br>   Defendants.<br><br>PARSONS BEHLE & LATIMER, PLC,<br><br>   Plaintiff-in-Intervention,<br>v.<br>GENERAL CHARLES E. "CHUCK" YEAGER (RET.),<br><br>   Defendant-in-Intervention, | No. 2:13-cv-0007-KJM-DB<br><br>ORDER RE SUPPLEMENTAL BRIEFING |

On December 13, 2018, the court conducted a final pretrial conference in this matter. Kennedy Luvai appeared for plaintiff-in-intervention, Parsons Behle & Latimer ("PBL"); Victoria Yeager appeared pro se as substituted for defendant-in-intervention, General Charles Yeager.

/////

1

At hearing the court addressed several issues raised in the parties' pretrial statements, *see* ECF Nos. 385, 386, revealing the need to resolve certain issues before this matter can proceed to trial.  As such, the court sets forth the following schedule:

| Action Item | Due Date |
| --- | --- |
| Supplemental motion by Victoria Yeager on the following issues:<br>1. Whether trial should be conducted before a jury or by the court;<br>2. Whether the court should reopen discovery for a limited purpose;<br>3. The need for expert witnesses and a proposed schedule for completion of expert discovery;<br>4. On what grounds, if any, may Mrs. Yeager amend her answer to the Intervenor Complaint, ECF No. 93, to assert new or more focused affirmative defenses. | March 15, 2019 (motion to be noticed for hearing on April 19, 2019 at 10:00 AM). |
| PBL's opposition to Mrs. Yeager's supplemental motion. | March 29, 2019. |
| Mrs. Yeager's reply, if any, to PBL's opposition. | April 5, 2019. |
| Hearing on the motion. | April 19, 2019 at 10:00 AM in Courtroom 3. |

Upon resolution of Mrs. Yeager's supplemental motion, the court will schedule remaining pretrial matters, including in limine motions; updated exhibit and witness lists; amended pretrial statements, if necessary; rescheduled final pretrial conference; and trial date.

In light of this court's Pre-Filing Review Order, *see* ECF No. 384, the Clerk of Court is directed to file Mrs. Yeager's supplemental motion and reply as allowed by this order upon receipt.

IT IS SO ORDERED.

DATED:  January 14, 2019.

_____
UNITED STATES DISTRICT JUDGE